HINDS v. OVERACKER.

MASTER AND SERVANT.—*Action by Servant against Co-Servant.—Negligence.*—A servant is liable to a co-servant in damages, for a physical injury

resulting to the latter by means of the negligence of the former, in the performance of labor for a common master.

INSTRUCTION.—*Harmless Refusal.*—Where an instruction given embraces the substance of one refused, the refusal is harmless.

From the LaPorte Circuit Court.

*A. Anderson, W. G. George, —— Pfleger, W. H. Calkins,* and *D. J. Wile,* for appellant.

*L. A. Cole* and *L. Hubbard,* for appellee.

PERKINS, J.—The appellee sued the appellant, to recover compensation in damages for an injury he sustained through the alleged negligence of the latter.

Judgment below for the appellee for one thousand dollars.

This case originated in the disaster described in *Hinds* v. *Harbou,* 58 Ind. 121.

The appellee was an *employe* in the building mentioned in said description, and was injured by its fall.

It ·was contended in this, as it was in that, case, that an action would not lie by one servant against a co-servant in the same undertaking; but it was decided in that case that such an action would lie, in a proper case.

The refusal of an instruction is complained of. The instruction had been substantially given in the general instructions of the court.

But one other point is made by appellant, that is, that the verdict was not supported by the evidence. There was evidence from which the jury might have found the liability of the appellant.

The judgment is affirmed, with costs, as of the date of the submission of the cause.